Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
546 60th St., Unit B
Oakland, CA 94609
Tel. (925) 818-2795
Fax (925) 262-4643

Attorney for Debtor

The following constitutes
the order of the court. Signed September 20, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Connie Sin Chong

1529 East 31st Street
Oakland, ca 94602
SS#: XXX-XX-7974

          Debtor(s)

Chapter 13 Case No.: 12-43167-RLE

FINAL ORDER ON MOTION TO VALUE COLLATERAL OF CITIBANK, N.A. UNDER §506 AND FRBP

On August 18, 2012, this court entered an ORDER VALUING AND VOIDING WHOLLY UNSECURED LIEN OF 2ND DEED OF TRUST IN FAVOR OF CITIBANK, NA. The collateral secures a lien against certain property of Debtor(s) for purposes of this chapter 13 case. That order was subject to being set aside until Debtor(s) obtained a discharge or completed plan payments in this chapter 13 case. Debtor(s) having obtained a discharge, the court now therefore enters the following judgment.

The lien of Citibank, N.A. regarding the property commonly known as 1529 East 31st Street, Oakland, CA 94602 and more fully described in Exhibit A hereto, and which was

recorded in the County of Alameda on or about October 25, 2006, as document #2006398901, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

**END OF JUDGMENT**

# EXHIBIT A

Property description of the real property commonly known as: 1529 East 31st Street, Oakland, CA 94602 is attached hereto.

# EXHIBIT "A"

A portion of Block "O", "New Map of a portion of Lynn Homestead Adjoining Highland Park, East Oakland", filed August 30, 1879, Map Book 5, Page 4, Alameda County Records.

Beginning at a point on the Southwestern line of East 31st Street, formerly called Lincoln Street, distant thereon Southwesterly 200 feet form the intersection thereof, with the Southeastern line of 14th Avenue, as said street and avenue are shown on the map hereinafter referred to; running thence at right angles to said line of East 31st Street, Southwesterly 140 feet; thence at right angles Northwestern 100 feet; thence at right angles Southerly 60 feet to the Northern boundary line of Block 105, according to map thereof No. 105, according to map of "Map of the Northern Addition to the Town of Brooklyn", filed March 13, 1868, Alameda County Records; thence at right angles Southeasterly along said boundary line 200 feet thence at right angles Northerly 100 feet; thence at right angles Northwesterly 90 feet; thence at right angles Northeasterly 100 feet; thence to the Southwestern line of East 31 st Street; thence Southwesterly along said last named line 10 feet to the point of beginning.

Assessor's Parcel No: 022-0369-004

COURT SERVICE LIST